The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| M.R., by and through his parent M.R.,<br><br>Plaintiffs,<br><br>v.<br><br>YELM COMMUNITY SCHOOLS,<br><br>Defendant. | NO. 3:24-CV-005533-DGE<br><br>Pierce County Superior Court<br>Cause No. 24-2-08975-1<br><br>ORDER REGARDING BRIEFING SCHEDULE |

The above-captioned matter is an action for review on an administrative record pursuant to FRCP 26(a)(1)(B)(i) and consequently exempt from the requirements of FRCP 26(a) and 26(f). The parties have therefore conferred and stipulate to the briefing schedule below. The Court orders as follows:

Deadline for Petitioner's opening brief: September 16, 2024

Deadline for Respondent's opposition: October 7, 2024

Deadline for Petitioner's reply: October 14, 2024

Oral argument: Oral argument is requested by the parties, and may be set at the Court's discretion following completion of the above briefing schedule. The parties request notice at least one week prior to scheduling.

ORDER REGARDING
BRIEFING SCHEDULE — 1
3:24-CV-005533-DGE

PORTER FOSTER RORICK LLP
601 Union Street | Suite 800
Seattle, Washington 98101
(206) 622-0203 | www.pfrwa.com

The length of briefing shall be pursuant to LCR 7(e)(3). LCR 7 will otherwise apply to any procedural issues regarding the above briefing schedule.

DATED this 27th day of August 2024.

_____
David G. Estudillo
United States District Judge

Presented by:

PORTER FOSTER RORICK LLP

_____
By: Lynette M. Baisch, WSBA #37180
    F. Chase Bonwell, WSBA #58358
    Attorneys for Defendant

SMITH MCBROOM PLLC

_____
By: Gregory A. McBroom, WSBA #33133
    Attorney for Plaintiffs

ORDER REGARDING
BRIEFING SCHEDULE — 2
3:24-CV-005533-DGE

PORTER FOSTER RORICK LLP
601 Union Street | Suite 800
Seattle, Washington 98101
(206) 622-0203 | www.pfrwa.com