UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| M.R., <br><br> Plaintiff, <br><br> v. <br><br> YELM SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. 3:24-cv-05533-DGE <br><br> SCHEDULING ORDER |

On March 11, 2024, the Court issued its order (Dkt. No. 30) on Plaintiff's Petition for Review of Decision by Hearing Officer (Dkt. No. 24).

The Court's Order directed the parties to meet and confer within 15 days to establish a schedule for plaintiff's reenrollment and for Plaintiff's motion for attorney fees and costs. The parties stipulated to the following:

1. Plaintiff M.R. shall be reenrolled at Yelm High School by April 7, 2025.

2. Defendant shall convene a Manifestation Determination Meeting consistent with the Court's Order by April 18, 2025. If Plaintiff M.R.'s IEP team determines that

ORDER - 1

Plaintiff M.R.'s conduct was a manifestation of his disability, Plaintiff M.R.'s IEP team must conduct a Functional Behavior Assessment and implement an intervention plan for Plaintiff. 20 U.S.C. § 1415(k)(1)(F)(i–iii).

3. Plaintiff's motion for attorney fees and costs must be submitted to the Court and noted for consideration by April 17, 2025.

    a. Any opposition papers shall be filed and provided to Plaintiff no later than 15 days after the date of filing, or no later than May 2, 2025.

    b. Any reply papers shall be filed and provided to Defendant no later than 21 days after the filing date of the motion, or no later than May 8, 2025.

IT IS SO ORDERED.

Dated this 31st day of March, 2025.

David G. Estudillo
United States District Judge

ORDER - 2